## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**KENNY BEANE,**

     **Plaintiff,**

**v.**

**JOYCE COURTER,**

     **Defendant.**               **No.  14-cv-365-DRH**

### JUDGMENT IN A CIVIL CASE

     **DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

     **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 6) entered by this Court on March 24, 2014, this case is **DISMISSED** with prejudice.

                     **NANCY J. ROSENSTENGEL,**
                     **CLERK OF COURT**

                     **BY:_____/s/*Sara Jennings*_____**
                          **Deputy Clerk**

Dated:   March 24, 2014

Digitally signed by
David R. Herndon
Date: 2014.03.24
12:10:25 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**